Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| MERLE "TERRY" SHEPHERD, </br> </br> Plaintiff, </br> </br> vs. </br> </br> UNITED STATES OF AMERICA, </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. </br> ) |

**COMPLAINT FOR PERSONAL INJURIES**

COMES NOW the Plaintiff, MERLE "TERRY" SHEPHERD, by and through Mark Choate of the Choate Law Firm, LLC, and for cause of action against the Defendant, UNITED STATES OF AMERICA, on behalf of the UNITED STATES POST OFFICE at Hoonah, and alleges:

**JURISDICTION**

1. With respect to all claims, this Court has subject matter jurisdiction pursuant to 25 U.S.C. §450f (d). The amount in controversy is in excess of $75,000.00 exclusive of interest and costs. At all times relevant herein Plaintiffs MERLE "TERRY" SHEPHERD was and is a resident of Hoonah, Alaska.

2. All jurisdictional prerequisites to bringing this action have been satisfied in accordance with the Federal Tort Claims Act § 2675(a). On April 27, 2007, Plaintiff filed Standard Form 95, *Claim for Damage, Injury, or Death* with the Chief Counsel, National Tort Center, for the U.S. Postal Service.

1 of 5
*Shepherd, Merle "Terry" v. USPS-Hoonah, AK (11/24/2006) [30281].*
COMPLAINT FOR PERSONAL INJURIES

3. On March 26, 2008 the U.S. Postal Service, National Tort Center issued its' letter denying said claim.

4. It has been less than 6 months since this claim was denied.

5. The allegations in this Complaint arise from a fall on a sidewalk in front of the U.S. Post Office at Hoonah that occurred on November 25, 2006 in Hoonah, Alaska

6. At all times mentioned herein, the U.S. Post Office at Hoonah was responsible for maintaining the concrete sidewalk in front of each entrance to the post office.

7. The photograph below accurately depicts the condition of the ice-covered sidewalk and entryway where Plaintiff slipped and was injured .



CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

*Shepherd, Merle "Terry" v. USPS-Hoonah, AK (11/24/2006) [30281].*
COMPLAINT FOR PERSONAL INJURIES

# FIRST CAUSE OF ACTION

## Premises Liability

8. Plaintiff re-alleges the allegations of paragraphs 1 through 7 as if herein restated in full.

9. On the morning of November 25, 2006, plaintiff MERLE "TERRY" SHEPHERD, was preparing to enter the side door to the post office when he slipped and fell on the sidewalk/entry that was covered with ice.

10. It was the custom and practice at the Hoonah Post Office to assign an employee the duty of inspecting, monitoring, shoveling, salting and otherwise maintaining the sidewalks in front of the post office so as to be clear and free of snow and ice.

11. On the morning of November 25, 2006 the Hoonah Post Office employee responsible for maintaining the sidewalk failed to adequately inspect, monitor, shovel or salt the sidewalks in front of the post office entrances such that it created a dangerous, icy and slippery condition to invitees on said property, including plaintiff, MERLE "TERRY" SHEPHERD.

12. The UNITED STATES OF AMERICA, through its employees, agents and representatives at the U.S. Post Office at Hoonah, had a duty to exercise reasonable care to maintain the sidewalks in front of its entrances in a reasonably safe condition for travel by the public.

13. Routine inspection and maintenance of the sidewalks would have revealed the exposed dangerous and icy conditions that could cause someone to slip and fall.

14. The Defendant's failure to exercise reasonable care to inspect and maintain the sidewalks in front of its entrances in a reasonably safe condition for travel by plaintiff MERLE "TERRY" SHEPHERD was a substantial factor in causing his slip and fall.

15. As a direct and proximate result of the unsafe condition of the sidewalk in front of the side entrance to the Hoonah Post Office, plaintiff MERLE "TERRY" SHEPHERD, slipped and fell, fracturing his hip.

16. As a direct and legal result of the negligence and carelessness of the Defendant, Plaintiff MERLE "TERRY" SHEPHERD was injured in his health, strength and activity,

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

sustaining severe shock and injury to his nervous system and person, and causing Plaintiff mental, physical and nervous pain and suffering and resulting in disability, all to his general damage in a sum which will be shown according to proof but in excess of $75,000.00.

17. As a direct and legal result of said negligence and carelessness of the Defendant, Plaintiff MERLE "TERRY" SHEPHERD was compelled to and did incur expenses for medical care, hospitalization and other incidental expenses and will have to incur additional like expenses in the future, all in amounts presently unknown to him. He therefore asks leave of court either to amend this complaint to show the amount of his medical expenses, when ascertained, or to prove said amount at the time of trial.

18. As a direct and legal result of the aforesaid carelessness and negligence of the Defendant, Plaintiff MERLE "TERRY" SHEPHERD was disabled for a period of time and may be disabled in the future and thereby be prevented from attending to the duties of his usual occupation. MERLE "TERRY" SHEPHERD has therefore lost earnings, earning capacity and may continue to lose earnings and earning capacity in the future, all in amounts presently unknown to him. He asks leave of court either to amend this complaint to show the amount of said lost earnings, when ascertained, or to prove said amount at the time of trial.

19. Plaintiff's damages exceed $100,000.00, the exact amount to be proven at time of trial.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. General damages in an amount that will conform to proof at time of trial;
2. Special damages in an amount that will conform to proof at time of trial;
3. Loss of earnings and impaired future earning capacity according to proof;
4. Medical and incidental expenses, past and future, according to proof;
5. For prejudgment interest as provided by law;
6. For Rule 82 Attorneys Fees and Costs;
7. For trial by jury on all issues so triable; and for
8. Such other and further relief as this Court deems proper.

*Shepherd, Merle "Terry" v. USPS-Hoonah, AK (11/24/2006) [30281].*
COMPLAINT FOR PERSONAL INJURIES

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

DATED Wednesday, August 20, 2008, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/*Mark Choate*

_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff